Paul R. Hager, #071072                                     (SPACE BELOW FOR FILING STAMP ONLY)
**HAGER, TRIPPEL, MACY & JENSEN**
Attorneys at Law
1322 E. Shaw Avenue, Suite 350
Fresno, California 93710
Telephone (559) 228-8322
Fax (559) 226-5274
e-mail: hager@htmjlaw.com

Stehphen W. Dunn
**DUNN, LEE & KEARY**
27442 Portola Parkway, Suite 180
Foothill Ranch, CA  92610
Telephone:  (949) 916-1600
FAX:  (949) 916-1010
e-mail: swd@dlklaw.com

Attorneys for Plaintiff and Cross-Defendant, LAIDLAW TRANSIT SERVICES, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| LAIDLAW TRANSIT SERVICES, INC. | Case No: 1:05-cv-0199-AWI-SMS |
| Plaintiff | |
| vs. | **SUBSTITUTION OF ATTORNEYS** and **ORDER** |
| CITY OF VISALIA, | |
| Defendant. | |

Plaintiff and cross-defendant, **LAIDLAW TRANSIT SERVICES, INC.**, hereby substitutes Paul R. Hager of the law firm of Hager, Trippel, Macy & Jensen, 1322 E. Shaw, Suite 350, Fresno, California 93710, Stephen Dunn of the law firm of  Dunn, Lee & Keary, 27442 Portola Parkway, Suite 100, Foothill Ranch, California  92610, as its attorney of record in place and stead of Theodore R. Scott of the firm of Luce, Forward, Hamilton & Scripps LLP.

Dated: October  28, 2005.

                                          LAIDLAW TRANSIT SERVICES, INC.


                                          By:/S/Susan Spry

1
2    We consent to the above substitution.
3    Dated: November 28, 2005.
4                                                    LUCE FORWARD, HAMILTON & SCRIPPS LLP
5
6                                                    By  /S/ Theodore R. Scott
                                                           Theodore R. Scott
7    We accept the above substitution.
8    Dated: October 21, 2005.
9                                                    HAGER, TRIPPEL, MACY & JENSEN
10
11                                                   By:   /s/Paul R. Hager
                                                            Paul R. Hager
12
13   Dated: November 28, 2005
                                                     DUNN, LEE & KEARY
14
15
16                                                   By:  /S/Stephen W. Dunn
                                                           Stephen W. Dunn
17

18                                    **ORDER**
19
20   IT IS SO ORDERED.
21   **Dated:   January 19, 2006**              **/s/ Sandra M. Snyder**
     icido3                                     UNITED STATES MAGISTRATE JUDGE
22