Leonard C. Herr, #81896
DOOLEY HERR & PELTZER
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant and Counter-Claimant
   CITY OF VISALIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAIDLAW TRANSIT SERVICES, INC. | CASE NO: 1:05-cv-0199-AWI-SMS |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| CITY OF VISALIA, | |
| Defendant. | |
| CITY OF VISALIA, | |
| Counter-Claimant, | |
| vs. | |
| LAIDLAW TRANSIT SERVICES, INC. | |
| Counter-Defendant. | |

A written settlement agreement having been reached, Plaintiff/Counter-Defendant LAIDLAW TRANSIT SERVICES, INC., through its counsel, HAGER, TRIPPEL, MACY & JENSEN and DUNN, LEE & KEARY and Defendant/Counter-Claimant CITY OF VISALIA, through its counsel, DOOLEY HERR & PELTZER, LLP hereby stipulate that the above-captioned matter be dismissed with prejudice pursuant to FRCP 41(a)(1).

DOOLEY HERR & PELTZER
Attorneys at Law
100 Willow Plaza Suite 3
Visalia, CA
(559) 636-

-1-
Stipulation of Dismissal and Order Thereon

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 20, 2006 | HAGER, TRIPPEL, MACY & JENSEN |
| 3 | | |
| 4 | | By: /s/ Paul R. Hager_____<br>    PAUL R. HAGER |
| 5 | | Attorney for LAIDLAW TRANSIT SERVICES, INC. |
| 6 | | |
| 7 | DATED: June 20, 2006 | DUNN, LEE & KEARY |
| 8 | | By: /s/ Stephen W. Dunn_____ |
| 9 | | STEPHEN W. DUNN<br>Attorney for LAIDLAW TRANSIT SERVICES, INC. |
| 10 | | |
| 11 | DATED: June 20, 2006 | DOOLEY HERR & PELTZER, LLP |
| 12 | | |
| 13 | | By: /s/ Leonard C. Herr_____<br>    LEONARD C. HERR |
| 14 | | Attorney for CITY OF VISALIA |

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the stipulation between the parties who have appeared is

DOOLEY I<br>& PELT<br>Attorneys at L<br>100 Willow<br>Suite 3<br>Visalia, CA<br>(559) 636-

properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

Dated:   **June 21, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE

DOOLEY I
& PELT
Attorneys at L
100 Willow
Suite 3
Visalia, CA
(559) 636